# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137775

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

          SC: 137775
          COA: 274069
          Montmorency CC: 05-000963-FC
            05-001127-FC; 05-001130-FC

GERALD EUGENE FLETCHER,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009
                    Clerk

s0316